IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR R. MORRISON, 1492042 § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | No. 3:10-CV-1619-P |
| THE COURT OF CRIMINAL APPEALS, § | |
| Respondent. § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in addordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Signed this 28th day of February 2011.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE